PAUL L. KIRKPATRICK
PATRICK W. HARWOOD
KIRKPATRICK & STARTZEL, P.S.
S. 1717 Rustle, Suite 102
Spokane, WA 99224
(509) 455-3647

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RODNEY N. GRINOLDS, a single person<br><br>            Plaintiff,<br><br>    vs.<br><br>AERO POWER-VAC, INC., incorporated in the State of Montana whose principal place of business is in Montana and doing business in the State of Washington.<br><br>            Defendant. | NO. 07-CV-00050-LRS<br><br>{PROPOSED}<br>ORDER OF DISMISSAL |

THE COURT having reviewed the stipulated motion of the parties to dismiss the foregoing action, and having reviewed the file and records herein, IT IS

{PROPOSED}
ORDER OF DISMISSAL: 1

KIRKPATRICK & STARTZEL, P.S.
ATTORNEYS AT LAW
1717 S. Rustle, Ste. 102
Spokane, Washington 99224
Telephone(509) 455-3647

HEREBY ORDERED, that the above-entitled action be and the same is hereby dismissed with prejudice and without costs to any party, AND CLOSE THE FILE.

DONE IN OPEN COURT this 20th day of December, 2007.

s/Lonny R. Suko
_____
JUDGE LONNY R. SUKO

| Presented By: | Approved as to form and content; Notice of Presentment waived by: |
|---|---|
| KIRKPATRICK & STARTZEL, P.S. | ABEYTA NELSON PC |
| By: /s/ Paul L. Kirkpatrick | By: /s/ Rodney K. Nelson |
| PAUL L. KIRKPATRICK, WSBA 16491 | RODNEY K. NELSON, WSBA 9587 |
| Attorneys for Defendants | Attorneys for Plaintiffs |

{PROPOSED}
ORDER OF DISMISSAL: 2

KIRKPATRICK & STARTZEL, P.S.
ATTORNEYS AT LAW
1717 S. Rustle, Ste. 102
Spokane, Washington 99224
Telephone (509) 455-3647